No. 92–1782. ZULUAGA v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 92–1783. HUGGINS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–1793. BROWN ET UX. v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 92–1805. PUENTE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–7522. DIAZ-COLLADO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 92–7617. WEST v. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. C. A. 3d Cir. Certiorari denied.

No. 92–7641. SARRAFF v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 92–7647. TAYLOR v. WHITLEY, WARDEN. Sup. Ct. La. Certiorari denied.

No. 92–7682. COOK v. BACHIK, SUPERINTENDENT, OREGON STATE HOSPITAL. C. A. 9th Cir. Certiorari denied.

No. 92–7767. ACOSTA v. MAKOWSKI, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 92–7802. RESNOVER v. CARTER, ATTORNEY GENERAL OF INDIANA, ET AL. C. A. 7th Cir. Certiorari denied.

No. 92–7806. GANN v. DUCKWORTH, SUPERINTENDENT, INDIANA STATE REFORMATORY. C. A. 7th Cir. Certiorari denied.

No. 92–7847. MITCHELL v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 92–7856. COLE v. MISSISSIPPI (two cases). Sup. Ct. Miss. Certiorari denied.